JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROWA RABADI, | ) Case No.: 2:13-cv-01055-RGK-RZx |
| Plaintiff, | ) |
| vs. | ) **[~~PROPOSES~~D] ORDER ON JOINT STIPULATION OF DISMISSAL** |
| WHITEWAVE FOOD COMPANY, a corporation, and DOES 1 through 50, inclusive, | ) |
| Defendants. | ) |

///
///
///
///
///
///
///
///
///

1

[PROPOSED] ORDER ON JOINT STIPULATION OF DISMISSAL
2:13-cv-01055-RGK-RZx

1  The Joint Stipulation of Defendant WHITEWAVE FOOD COMPANY
2  and Plaintiff ROWA RABADI of dismissal was considered by the Court.
3  IT IS ORDERED THAT:
4     1. The action is dismissed with prejudice in its entirety, pursuant to Federal
5        Rule of Civil Procedure, Rule 41(a)(1)(2).
6     2. The Parties are to bear their own costs and attorneys' fees.
7  **IT IS SO ORDERED.**
8     Date: February 28, 2014

By_____
Hon. R. Gary Klausner
United States District Court Judge

---

2
[PROPOSED] ORDER ON JOINT STIPULATION OF DISMISSAL
2:13-cv-01055-RGK-RZx